MZG/RMY/USAO#

_____ FILED _____ ENTERED

APR 30 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | : | CRIMINAL NO. GLR-13-0216 |
|---|---|---|
| v. | : | (Distribution and Possession with Intent to Distribute Heroin, 21 U.S.C. § 841) |
| HUBERT BOATIN | : | |
| Defendant. | : | |

..oOo..

## INFORMATION

### COUNT ONE
(Possession with intent to Distribute Heroin)

The United States Attorney for the District of Maryland charges that:

On or about July, 2010, in the District of Maryland, the defendant,

**HUBERT BOATIN,**

did knowingly, intentionally and unlawfully distribute and possess with intent to distribute a hundred grams or more of a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841

_____
Rod J. Rosenstein
United States Attorney

Date: 4/29/13

1